THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* WILLIE RUTLEDGE, Petitioner-Appellant.

(No. 56941; )

First District (2nd Division)—August 14, 1973.

Opinion by Mr. JUSTICE LEIGHTON.

Richard E. Gorman, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane, William D. Wolter, and Bernard S. Armel, Assistant State's Attorneys, of counsel,) for the People.